Case: _____ ; Document 1, filed by Plaintiff-Petitioner *Pro Se* Yi Sun on 12/09/2024

In The

# Supreme Court of the United States

Yi Sun, *Pro Se*
An embattled victim/survivor
Tel: (212) 810-0556
Email: sunyiculture@yahoo.com

To: Honorable Chief Justice John G. Roberts, Jr.,
    Supreme Court of the United States;
To the Administrative Office of the
    United States Courts;

Case: 1:24-cv-03424
Assigned To : Boasberg, James E.
Assign. Date : 12/9/2024
Description: Pro Se Gen. Civ. (F-DECK)

**"To Whom It May Concern"**:
To Honorable President Joe Biden, The White House;
To U.S. Department of Justice;
To United States Senate Committee on the Judiciary;

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| YI SUN<br><br>    Plaintiff-Petitioner *Pro Se* )<br><br>-against-<br><br>The privileged rapists in New York<br>The 'venal judges and cops' in the United States<br>    Defendants- | Case No.: _____<br><br>**VERIFIED COMPLAINT**<br>(With Factual Allecations)<br>**AND DEMAND FOR A**<br>**SUMMARY JUDGMENT** |

    I, Yi Sun, the Petitioner *Pro Se,* being duly sworn, deposes and says:
    This Petition of Verified Complaint/Statement is based on the matters contained herein, on Code of 'Stop Hate Crime acts' provided by 18 U.S. Code §249; And Pursuant to "28 U. S. C. Section 372(c)" or and "Judicial Disciplinary Procedure in the U. S. and Its 50 States"; and the Judicial Conduct and Disability Act of 1980 ("Act"), 28 U.S.C. §§ 351–364. The Highest Federal Judiciary must allow the number of peremptory challenges provided by 28 U.S.C. §1870; and on the supporting Declaration Under Penalty of Perjury of YI SUN attached hereto and filed herewith.

1

RECEIVED
DEC - 9 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

I, Yi Sun, the Plaintiff-Petitioner *Pro Se*, declares under penalty of perjury, pursuant to 18 U.S. Code§ 1746, that the following is true and correct:

## PRELIMINARY STATEMENT

**1.** This Verified Complaint-Petition is the rape survivor Yi Sun respectfully request that the Federal Government and Highest Judiciary et al watch on all these Verified Statement and "Justice for Yi Sun". Our Court mustn't wrong innocent people and palliative enemies.

Petitioner Yi Sun is a 'sexual assault survivor', who was the rape victim of repeated sexual assault by the serial rapists (six NYPD cops et al) in the City of New York. I would get the support and justice the survivor deserve. However, the Law has become "plasticine" in the hands of law-breakers in the City/State of New York. I was horrified and sickened after I saw the worst conspiracy of judicial fraud (collusion) by the privileged Defendants and their attorneys/friends. Conversely, the innocent rape victim of repeated sexual assault was bullied, insulted, harassed and 'threatened with death' by the real criminals and their Judge-friends under a series of unreasonable punishment. Especially during the time of 'last lawsuit at the local Federal District Court and State Court in Manhattan', I got over twice unprovoked assault by a strange person on November 5, 2020 and April 30, 2021. Because of the assault, current I continue to have severe sharp pain in the body (especially shoulder, neck, back, leg and right hand etc). After the last MRI (Magnetic resonance imaging) test in my shoulder at hospital on 1/30/2024 night, the doctors ordered me to make an appointment for three places surgery in shoulder first. But the over five doctors (Dr. William Schell M.D and Dr. Cattett Leonard M.D and Kiran V. Patel, MD, DABA, DAPM and Dr. Alan Ng, M.D.; And Dr. Steven Lee. M.D.)'s order for Physiotherapy treatment and prescriptions are all deny by the Insurance Carrier 'New York State Insurance Fund' and 'New York State Workers' Compensation Board'. Now the embattled injured person (with Multiple Disabilities) Yi Sun is struggling to survive.

By the laws, an employee suffering from work-related injury or occupational disease is entitled to work-related injury medical treatment according to laws and regulations; and the OVS (New York State Office of Victim Services) shall/should be has a three-tiered mission to: provide compensation to victims of crime, their family members, and other eligible individuals in a timely, efficient and compassionate manner; fund direct services to victims of crime and their families through a network of programs across New York State; and advocate for the rights and benefits of all victims of crime.

### Preliminary Statement of Facts
(this helpless Asian survivor's testimony)

**1. Background:**
Original, Yi Sun was trafficked from China, Hainan. The traffickers increase the supply of trafficked persons through recruitment using deception or coercion. They knew me through the Central Chinese Television and the People's Daily newspaper. (Explain: I published my first autobiographical novel <The Past Even of A Girl> what is written on the bases of my own destiny and which was valued by the literary circles in Beijing.). On April 14, 1998, they sent the invitation letter to me about "We are delighted to have your registration for the third annual

conference of the Houston, Texas chapter of the Association of Authors and Publishers."
Cheated by the bad persons, I came to this country as a newspaper reporter with this I-Visa. I never acquainted with the Chinese man 15 years old and bigger than me, but at the time, "Peter/Mark" (Li Da Sun) forced me to "marry" with him. He purposely hided the facts to the court, the crime facts of three times bigamous marriage and four times of "false marriages to get green card". (I didn't have a legal marriage with him, and I didn't have non-marriage cohabitation with him or another man in this country.) I didn't want to make a life for him. But he arrested and commanded me, by the magic of a mind long accustomed to awe and to subdue. He always frightened the woman to obey him. But I objected to have the sex with him, so, he always hurt me-------
On October 25, 1998, "Li Da Sun" has displayed such behavior on numerous prior occasions, including, striking me, about the abdomen with clenched fists and shoed feet and bodily push me down a flight of stairs while, when I was 6 months and more pregnant with the child Michelle----
After that, police came and arrest him. Started from October 25, 1998 to March 14, 2005, Queens Criminal Court and Brooklyn Criminal Court sent continual order of protection to me. But Li Da Sun often came my place and told my landlord, neighbors and colleagues about he is my fiancé or husband, and he used his position as a "family member" to molest me----

On February 25, 2000, Lida Sun came to my home at "6116 3rd Avenue, Brooklyn, NY 11220" and became physically abusive by punching me, kicking me on the ribs (cursing internal bleeding), and by hitting me with a hummer on my face, bruking four teeth.
On March 3, 2000, Lida Sun verbally abused me by cursing yelling obscenities and making threats at me. He physically abused me by punching me on the face, banging my head against he wall and the door frame. I sustained bruises on my neck and face due to the assault.
This year, 'Li Da Sun' has reported false cases to and sued me to NYC Administration for children's Services six times. He also has harmed himself to frame me in police precinct tens of times. Without any choices, my daughter Michelle and I have to move time and again.
(**Explain:** Later, 'Li Da Sun' personally told the Court it's his personal attorney Mr. Hugh H. Mo, Esq abetted him to do so. At the time, Mr. Hugh H. Mo, Esq is a former Deputy Commissioner of New York Police Department, and a former District Attorney of New York county; beside, Mr. Mo is an arbiter of "New York Commission on Judicial Conduct" and a member of "Police Training Advisory Board" of NYPD.)

On October 4, 2003, 'Li Da Sun' found an excuse to get something from my home at 339 40th Street, Brooklyn, NY 11232. At my home, he injured his head using a hammer. Then he reported to 72nd Precinct. I was arrested. I was released after investigation. After this case, I moved again with my daughter Michelle to Flushing of Queens from Brooklyn.
On November 17, 2003, I had moved to Flushing of Queens for one week, Li Da Sun made several false reports to accuse me that I used scissors to kill him on November 22, 2003. I almost was arrested by 109th Precinct.
Because the case, I met the supervisor detective 'Det. Bryan Trockel' at 72 Precnct and Det. Steven Matthews at 109 Precinct, the two detectives raped me and extorted sex and money from me in order for me to stay out of jail and keep my daughter Michelle when 'Hugh H. Mo, Esq' abetted 'Li Da Sun' to report false cases to and sued me (a victim and witness) to ACS and NYPD for more times.
(Please see the copy of 'Police Reportt', **Exhibit**  )

3

2. To put an end to the family misfortunes, I would join the U.S. Army or U.S. Navy to change destiny in future. Started on summer of 2004 and 2012, I many times contacted with the recruiter, later I took the recruitment examination (US Army ASVAB Practice Test) after I became a United Stated permanent resident. But an unexpected reverse again came to me. I had a neck and back injuries in my work place on June 28, 2008. The medical specialist Dr. Tsai Chung Chao M.D was the WCB doctor. I got sexually assaulted (after an injection by the bad doctor) in his clinics.
Explain: As far as I knew, during the period of January 13, 2008 through on or about August 20, 2009, the medical specialist Dr. Tsai Chung Chao M.D. more times injected his female patient with what is believed to be a narcotic and sexually assaulted the victim, beside, the bad doctor forced the victim to engage in sexual activity in exchange for medication and medical treatment, while at his clinics, office, apartment, or and the victim's apartment.

After I found the unidentified spots (semen) in my body (by Dr. Chao's injection), I believed that the medical specialist (Dr. Tsai Chung Chao M.D) injected his female patient with what is believed to be a narcotic and sexually assaulted the victim in past. I reported to police about the bad doctor's misconduct and criminal offense; and I send a complaint to "New York State Department of Health, Office of Professional Medical Conduct" (OPMC NY-09-10-6712A) on October 13, 2009.

On June 17, 2010, I filed a law suit against Dr. Tsai Chung Chao, M.D about his sexual assault and medical malpractice. Between on 06/17/2010 and 4/25/2018, Dr. Tsai Chung Chao's attorneys 'Hugh H. Mo, Esq' used a series of tricks to stop or dismiss the trial jury in the case. (Index No: 108013/2010).
(**Explain:** Mr. Hugh H. Mo, Esq is a former Deputy Commissioner of New York Police Department, and a former District Attorney of New York county; beside, Mr. Mo is an arbiter of "New York Commission on Judicial Conduct" and a member of "Police Training Advisory Board" of NYPD.)

On March 29, 2018, the case moved to the Part 34 (located at 80 Centre Street, Room 308,) by the Judge Ms. Carmen Victoria St-George, who is the Defendant's personal attorney Mr. Hugh H. Mo, Esq's former colleague and good friend; her husband 'Norman St. George', too.
**Explain:** Mr. Norman St. George was appointed as First Deputy Chief Administrative Judge, the second-highest ranking administration position within the New York State Judiciary, effective May 19, 2023. The appointment was made by Chief Administrative Judge Joseph A. Zayas, with the consultation and approval of Chief Judge Rowan D. Wilson and in consultation with the Presiding Justices of the Appellate Divisions. In this capacity and on behalf of the Chief Administrative Judge, Judge St. George oversees all trial-level courts throughout the State, as well as all departments and operations within the Office of Court Administration. He also directly supervises the courts in the Tenth Judicial District, Nassau and Suffolk Counties. Immediately prior to his current position, Judge St. George served as the Deputy Chief Administrative Judge for Courts Outside of New York City. Judge St. George is an elected Justice of the Supreme Court for the 10th Judicial Department. Judge St. George served as the District Administrative Judge for all courts in Nassau County from 2019 through August of 2021. In that capacity, Judge St. George oversaw the Supreme Court, County Court, Family Court, Surrogate Court, District Court, and all City and Village Courts. From 2013 through 2018, Judge St. George served as the Supervising Judge of the Nassau County District Court.

3. The judge (Carmen Victoria St-George) refused to evade this case for "challenge for cause" after my request. From April 2, 2018, through April 23, 2018, during the 12 days

of Jury Trial, the trial judge full supports the Defendant's attorneys' new motion and object the Plaintiff show the most important material evidence (the DNA evidence about the Defendant Dr. Chao; the translated and notarized diary about the Defendant Dr. Chao; the Translated and notarized sex tapes about the Defendant Dr. Chao; the OPMC matter about the Defendant Dr. Chao etc) to the Court for Jury. Later, the verdict of the jury was given in the Defendant (Dr. Tsai Chung Chao)'s favour.

During the all times of jury trial, the trial judge (Carmen Victoria St-George) and the party attorneys joint fraud in the case. They always used her/his position of power to do "Under-the-table" in the jury trial and objected Plaintiff's a series of the most important material evidence for the jury; especially, from the outset, by the fraud of "conspiracy to perform official misconduct", the "Jury Trial" has been tainted by a conspiracy characterized by destruction of evidence, distortion of truth and witness intimidation.
1), the judge (Ms. CarmenVictoria St-George) erred in denying the admission of critical pieces of evidence of the Plaintiff – the taped conversations and love making; use of diary etc;
2), the judge erred in striking the testimony of Dr. Andrew Chan, M.D, the Psychiatrist;
3), the judge erred in admitting SUNY sign in sheet, and NATURO sign in sheets which were not previously provided to Plaintiff but shown the first time when sought to be admitted but justified; further more. SUNY records did not come from the keeper, and NATURO record's originals were destroyed by Defendant two years after suit was filed and not all relevant copes were kept;
4), the trial judge erred-in allowing Defendants to Cross-examine Defendant-asking leading questions;
5), The trial judge became a part by actively ruling for Defendants (Dr. Tsai Chung Chao or and his personal attorneys Mr. Hugh H. Mo, Esq and Mr. Michael A. Sonkin), making objections on their behalf, and showing clear objection to Plaintiff and Plaintiff's case that the Jury must been tainted by her actions-
6), Allowed Defendant to Cross-examine Plaintiff with all unfavorable information no matter how irrelevant or designed to incense the Jury because "her credibility" is in issue why protecting Defendant from anything that might soil his credibility;

On August 21 of 2018, the Plaintiff returned to the Clerk office Room B141 and request for a copy of transcripts of Jury Trial. But the Court clerk told her that the court (New York Supreme Court) have not the court transcripts of Jury Trial in here. They told the Plaintiff to ask the information from the trial judge at Part 34. Later, the Plaintiff knew that the Part 34 don't provide the clerk to do the court transcripts in the Jury Trial on the case. The Plaintiff believed that it's the most serious judicial fraud in the jury trial by the Supreme Court trial judge (Carmen Victoria St-George) on the concluded case.

Between April 5, 2018 and December 5, 2018, the Plaintiff once many times made motion(s) to request for a new trial in the Court. But my request letters (with Motions) to the local higher headquarters would disappear or be ignored. The appeal is focused more on the one sided rulings and admissions that only favored defendants. On January of 2020, the 'Appellate Division-First Judicial Department' refused to take my Appeal Brief on the plea of a "during the time of covid-19".

4. During the period of August 27, 2009 through on or about March of 2015, Hugh H. Mo, Esq again abetted his criminal client to report false cases to and sued me (sexual assault survivor; litigant) to ACS (NYC Administration for Children's Services) or and NYPD (New York City Police Department, 109th Precinct, 13th Precinct, 5th Precinct, 1st Precinct and 'NYS University Police'

etc) over 30 times. As a result of the false reports made by Dr. Tsai Chung Chao or and his personal attorneys Hugh H. Mo, I was taken into custody and detained without cause at the 13th Precinct twice on or about August 26, 2009 and June 12, 2010, at the same time, my daughter (Michelle Sun) was taken away from my care for ACS----

I feared to touch on distressing memories. During the time of these cases, Hugh H. Mo, Esq abetted his clients has reported false cases to and sued me (about "Child Neglect of Abuse or Maltreatment") to New York City Police Department (NYPD) and NYC Administration for Children's Services (ACS) or and "New York State Office of Children and Family Services, the New York State Child Abuse and Maltreatment Register" total over 60 times. During the times of ACS cases, between on December of 2003 and on September of 2013, I got sexual assault by six bad NYPD policemen, who raped me and extorted sex and money from me in order for me to stay out of jail and keep my child (Michelle Sun) when Hugh H. Mo abetted his clients (Li Da Sun and Tsai Chung Chao, M.D.) reported false cases to and sued me to ACS and NYPD for more times. Later, Hugh H. Mo and his privileged friends (include the Judges in New York) made a series of serious Judicial Fraud (e. g "Conspiracy to obstruct Justice, Scheme to Defraud, Hindering prosecution, Conspiracy to obstruct justice, Conspiracy to perform official misconduct" et al) in the Court(s) in New York.

Mr. Hugh H. Mo is a former Deputy Commissioner of New York Police Department, a former District Attorney of New York county; and current he still is an Arbiter of "New York State Commission on Judicial Conduct", and a member of "Police Training Advisory Board" of New York City Police Department; beside, he is the founder of the "NYPD Asian-American Police Executives Council" (AAPEX). However, in fact, Hugh H. Mo is a long-term special legal adviser for "Consulate General of the People's Republic of China in New York". He always became the Defendant attorney for rich Chinese felon against the Federal government of the United States, but later, he always sued his client to ask for the payment of a huge attorney fees. He has many friends from the 'Judiciary of New York' (New York State Unified Court System). Bribery and corruption were rife in the industry. For many years, the Judge(s) always became the attorney and is/are the silent partner(s) in all cases of Hugh H. Mo or and 'The Law Firm of Hugh H. Mo, P.C.'

5.  Bribery and corruption are said to be a major problem in New York unified court system. The Law has become "plasticine" in the hands of law-breakers. I was shocked to see the worst conspiracy of judicial fraud in my cases at the Courts in New York by these Judges (**E.g.** 1. Judge Carmen Victoria St-George, her husband 'Norman St. George' current as 'First Deputy Chief Administrative Judge', and on behalf of the Chief Administrative Judge, Judge St. George oversees all trial-level courts throughout the State, as well as all departments and operations within the Office of Court Administration.
**E.g.** 2. In the 'New York Southern District Court', Judge Mr. Andrew L. Carter Jr.; and the new chief Judge Ms. Laura Taylor Swain, and Ms. Sarah Netburn, et al;
**E.g.** 3. Judge Mr. Denny Chin, a Judges of 'Court of Appeals for the Second Circuit'; his wife Kathy Hirata Chin is a partner in Crowell & Moring's New York office.----
They all are the good friends or and colleagues/partners to Hugh H. Mo. As far as I knew, in Mr. Mo' clients' any cases, these Judges always became a part by actively

6

ruling for Defendants, and tried to screen his/her guilty friend's heinous crime. Beside, these incompetent judges use his/her/their power of position to deny/close the case(s) under 'dismiss with prejudice' and the Judicial process had been rigged.

**6.     Summary of my cases:**
1.)     Litigant-Petitioner *Pro Se* Yi Sun, who was the rape victim of repeated sexual assault by the serial rapists (six NYPD cops et al) in the City/State of New York, And she was framed by the real criminals in the "making ACS cases" of Child Neglect of "Abuse or Maltreatment" and the accusation was rigged in the most serious Judicial Fraud, which was the privileged Arbiter (Hugh H. Mo, Esq) instigated his criminal clients (Li Da Sun and 'Tsai Chung Chao, rapists) has reported false cases to and sued the witness Yi Sun (about "Child Neglect of Abuse or Maltreatment") to New York City Police Department (NYPD) and NYC Administration for Children's Services (ACS) et al total about 60 times (Without corroborating proof). During the same time of "ACS cases", the former NYPD Deputy Commissioner (Hugh H. Mo, Esq) instigated his friends/subordinates to destroy the woman's chastity. Their vile and loathsome crime was that Yi Sun got sexual assault (rape) by the six bad NYPD policemen. They raped the helpless woman and extorted sex and money from her in order for her to stay out of jail and keep her child (Michelle Sun) in the misrepresentation of ACS cases. Between on June 17, 2010 and current, the Asian woman always faced threats of violence or and 'threatened with death' when she tried to file a complaint and testify against the rapists at the national tribunals.

2).     Since I filed the Verified Complaint against the rapists to the 'New York Supreme Court' **(Index No: 108013/2010)** and 'New York Southern District Court' **(Original District Court Docket: USDC NYSD 2018 CV11002 and USDC NYSD 2019 CV00017)**, the innocent survivor was bullied, insulted, harassed and 'threatened with death' by the real criminals and their Judge friends under a series of unreasonable punishment. I was horrified and sickened after I saw the worst conspiracy of judicial fraud (collusion) by the privileged Defendants and their attorneys/friends. Between on March 17, 2020 and on August 27, 2021(and current), during the time of Covid-19, the Court(s) always used the pandemic as an excuse for "Dismiss my case" before the clerk office(s) made excuses to refuse my any action (include I have failed to reach them by phone inquiries). The persons in Clerk Office held the "telecommuting/online adjudicate" against the Petitioner-Litigant-Appellant *Pro Se* and refused Yi Sun by phone.
(I don't believe that the phone shall be become the "intermediate host of pandemic" or "spread of a virus" between on the Asian caller and them?)

    It is common for police officers or and the legal profession to shield each other from punishment, but the phenomenon (especially Judicial corruption include 'Judicial fraud' and collusion etc) reaches an extreme in the City of New York especially the State Supreme Court and the Federal Court in Manhattan County. These Judges always became the attorney and is/are the silent partner(s) in all cases of Hugh H. Mo.
    I was shocked to see the worst conspiracy of judicial fraud in my cases at the Court. The Judge (Chambers of Laura Taylor Swain) always knowingly put the Plaintiff *Pro Se* in the worst position under the inveteracy of the Judge(s)' prejudices.
    I was horrified and sickened after the Judge made the Orders between on August 6, 2020 and on October 30, 2020 and current.  The hostile Judge was always making

personal remarks about the Plaintiff *Pro Se*. The Judge's judicial opinion may be characterized as a personal attach (or and purposeless inflammatory posts) on the Asian litigant *Pro Se*. Especially during the time of COVID-19, for the last two years, I always got unfair treatment with "court bullying" by Ms. Laura Taylor Swain, the "Presiding Judge of the above Entitled Court". The African-American lady always abused her power and rode roughshod over the Asian litigant *Pro Se*, including psychological and verbal bullying, cyberspace bullying. Ms. Laura Taylor Swain uses her power of 'Chief District Court Judge' position to put the Chinese rape victim down by 'abuse online' in public.

3).   The purpose of a website is to convey information to visitors as easily as possible People should be to get this true information from the Court website. As a Plaintiff *Pro Se*, it's my only way to know the case in the court. By the Rule or and Law,  All of the Judgments made by the Federal Court will continue to be publicized on its official website, except those concerning national secrets, trade secrets or personal privacy.

However, between on August 6, 2020 and on March 22, 2021, the Judge (or 'Chambers of Judge Laura Taylor Swain') was always making personal remarks about the Plaintiff *Pro Se*. Her judicial opinion may be characterized as a personal attach (or and purposeless inflammatory posts) on the Plaintiff *Pro Se*. The untrue statement of judicial opinion is a calculated attack that have been invented for the purpose of creating in me a feeling of resignation to the difficulties of my condition. However, it was wrong to frame an unspeakable abuse against Yi Sun by the Judge. The deliberate public humiliation was too much for Yi Sun.

In the original 'Memorandum Opinion and Order' and the last series of orders "ORDER OF DISMISSAL" etc, It is a biased legal document that raised/played hob with Material Statement & Material Facts. And the Judge(s) always tried to citing case laws to support her ingrained prejudice against the Chinese litigant after the Judge intentionally put the helpless special victim (sexual violence) into a worst position. And the top Judge always cited a pervious case to support her ingrained discriminate after the Plaintiff *Pro Se* Yi Sun was/is positioned as a "villain" or a "worst character" in here. The Judge(s) tried the best to justify these privileged defendants (especially the serial rapist).

But generally, Case-law is a kind of law while cases are only the materials of which case-law is made. Courts will not turn to case decisions for law if a statute is directly in point. Point out, conventional legal reasoning and citation of precedents to be to be taking respecting the fact as prerequisite. When making the Order/Decision/Judgment in a case, the Judge should respect the objectivity and accuracy of the facts and should protect the justice of judicature and judiciary authority.

7.   **Petitioner Request for "Justice for the Asian survivor"**

Petitioner Yi Sun deposes and says:
As an Asian litigant *Pre Se* in my cases at the State and Federal Court in New York, between on June of 2019 and current, especially during the time of COVID-19, I always got unfair treatment in other aspects of life.
Since I filed the Verified Complaint to the District Court (New York Southern District Court), the helpless Asian survivor was bullied, insulted, harassed and 'threatened with

death' by the real criminals and their Judge friends' under a series of unreasonable punishment. The Law has become "plasticine" in the hands of law-breakers. I was horrified and sickened after I saw the worst conspiracy of judicial fraud (collusion) by the privileged Defendants and their attorneys/friends.

Since I filed a Judicial Conduct or Disability Complaint against the Federal Judge in the same case(s), during the time, I got over twice unprovoked assault by the strange black men at the night on 11/5/2020 (after I went to the Court to file the related complaint) and the afternoon on 4/30/2021 (when I was going to the Court to file the related complaint) I have reasonable doubts to think that the twice unprovoked assault by my opponent/ complainant(s) and/or and the Related persons, who is/are the murderer(s).

I have a great respect for the Judge (Ms. Laura Taylor Swain) and others. However, the 'Chief United States District Judge' still is prejudiced against the PLAINTIFF *Pro Se* Yi Sun. Especially "Hon. Justice Swain" took the place of 'Hon. Colleen McMahon' as the 'Chief United States District Judge' at 'New York Southern District Court' began on April 10, 2021. The new 'Chief United States District Judge' still always uses her power of position to brutalize Yi Sun and uses her power of Chief Judge position to closed the case under 'dismiss with prejudice' and the Judicial process had been rigged. Beside, the hostile Judge was always making personal remarks about me. Her judicial opinion may be characterized as a personal attach on the Asian Plaintiff *Pro Se*. I have reasonable doubts to believe that the Cyber-bullying and hatred (by the African-American top Judges) was generated by racial prejudice.

In fact, crimes of various types especially 'Hate Crime' have been increasing at an alarming rate in the City/State of New York. In my cases at the Court in Manhattan, during the time of Pandemic (Covid-19), I felt that the Asian female litigant *Pro Se* Yi Sun is the most helpless victim of 'Racial discrimination' before the related departments' eyes

For the last over ten years, I continuously made the criminal complaint against these serial rapists and other related co-conspirators to Police Department, DA office and 'New York City Department of Investigation' et al. However, the survivor (victim of repeated sexual assault) was bullied, insulted, harassed by these privileged rapists or and their attorneys and Judge-friends under a series of unreasonable punishment with "unspeakable abuse". Especially, after the survivor tried to file a criminal/civil complaint against the habitual sex offenders, Yi Sun was 'court mobbing' and 'threatened with death' by the real criminals and their Judge friends. And I got over twice unprovoked assault by the strange persons when I was going to the same Court to file the related documents. Because of the assault, the embattled injured person (with Multiple Disabilities) Yi Sun is struggling to survive. I am in deep water.

At the time, tears streamed down my checks as I recounted my unhappy experience again. I have problems controlling my sad and anger. Nobody understand that the victim/survivor Yi Sun's difficult situation under a fearful life (after the victim of repeated sexual assault was beaten and tortured in mind by these rapists). I was a holy woman, innocent and chaste, but after I was got sexual assault and sexual abuse by these bad men (include the six NYPD policemen, and Hugh H. Mo's clients: Li Da Sun and 'Tsai Chung Chao, M.D'.). The scandal distressed me under a long-term 'rape trauma syndrome'.

For the last oven ten years, the psychic scar grew into a castle in my wounded heart. Those psychic scars would never heal.

Nothing could ever undo the wrong, hurt or cure the pain that these Defendants had inflict on me. These injuries sustained by survivor include:
1) Sexual assault;
2) Sexual abuse;
3) Sexual exploitation;
4) Sexual molestation;
5) Unspeakable abuse;
6) Emotional distress and stress;
7) Sleeplessness;
8) Depression;
9) Anxiety;
10) Broken heart syndrome & Excessive sad;
11) Post Traumatic Stress Disorder;
12) Loss of enjoyment of life;
13) Severe pain and suffering, etc;

Since I got sexual assault multiple times in the past, I am under a great pressure in life. I feel sad and down nearly all of the time. My future seems hopeless. I am currently still suffering from difficulty in sleep, having flash-backs and intense psychological distress at exposure to male figures what resemble me perpetrators from the past. These symptoms are consistent with Post Traumatic Stress Disorders (PTSD) and let me sad and I feel that my day-in and day-out misery comes from these bad men and I feel the loss of enjoyment of life. I feared to touch on distressing memories.

However, I am longing to end the nightmare and have a bright future. I hope I can finish my Master of Arts in the country. I hope one day, Washington D.C or Boston can be another space for me to realize my dream. I need the Highest Judiciary to help the helpless victim to get out this dilemma and give me the justice in these cases. Even though "Justice delayed is justice denied", but I am long for the justice to the survivor.

Nothing could ever undo the wrong, hurt or cure the pain that these bad persons had inflict on the survivor, who was the rape victim of repeated sexual assault by the serial rapists (six NYPD cops et al) in the City of New York in past. "It is shameful for the Defendants not to apologize and compensate to the victim for his/their delinquent action and crimes." I always believe that "In a just society there must be a system whereby people can seek redress through the Courts." My cause is just, and it continues. "What I require is, that justice be done." This current stigma despite me doing my best is wrong and must be reversed. Our Court mustn't wrong innocent people and palliative enemies.

## 8. Petitioner's 'Motion for Summary Judgment' by the Highest Federal Court

In the United States federal courts, summary judgment is governed by Federal Rule 56 of the Federal Rules of Civil Procedure, derived primarily from the three seminal cases concerning summary judgment out of the 1980s. See Federal Rules of Civil Procedure 56; *Celotex Corp. v. Catrett*, **477** U.S. **317**, 322–27 (1986) (clarifying the shifting allocations of burdens of production, persuasion, and proof at summary judgment); *Anderson v. Liberty Lobby, Inc.*, **477** U.S. **242**, 257 (1986) (applying

heightened evidentiary standard of proof in libel action to judicial assessment of propriety of summary judgment); *Matsushita Elec. Industrial Co. v. Zenith Radio Corp.*, 475 U.S. 574, 596–98 (1986) (holding antitrust plaintiff with an inherently implausible claim was subject to dismissal at summary judgment).

Rape (sexual assault) is a serious crime/felony. It is gross violations of human rights. By these Material Facts, Petitioner has declared and believed that not conflict of real Genuine Dispute.

In the original case at the "New York Supreme Court" (Index No: 108013/2010) for eight years, these Direct evidences were already confirmed court evidences by 'Hon. Judge Joan. B Lobis' at 'Part 6, New York Supreme Court' on or about March 20, 2012. These a series of the most important material evidence include:
1) The DNA evidence about the Defendant;
2) The translated and notarized diary about the Defendant;
3) The translated and notarized sex tapes about the Defendant;
4) The unused vials and the broken cell phone,
5) the medical reports by SLR Crime Victims Treatment Center,
6) the medical reports by the Psychiatrist Andrew Chan; and
7) a series of proofs of document,

All these direct evidences and Material Facts full support to the Court for 'Motion for Summary Judgment' by the Highest Federal Court.

**9.** Now the helpless Petitioner-litigant *Pro Se* **respectfully request for Judicial Review for Error** (artificial mistakes) **in Law and Procedural Process** (at the Courts in New York) **by the Highest Judiciary and PROPOSED QUESTIONS FOR REVIEW:**

**1).Whether the sexual violence (rape) is tolerated under the Federal Law of the United States?**

**2).Whether these privileged rapists should be had legal immunity, No wrongdoer on these policemen** (and the friend/clients for the former NYPD Deputy Commissioner/District Attorney of New York County) **would be granted immunity from prosecution? Whether the NYPD cops and the Arbiter and the Judges' friends should be enjoy special privileges, No wrongdoer on these privileged Defendants would be granted immunity from prosecution in the United States?**

**3).Whether Rape** (sexual assault) **is a serious crime/felony and gross violations of human rights by the law of "Offences against the person** (Amendment) **Act 1992"?** Whether the sexual violence is tolerated under "Universal Declaration of Human Rights" or and "Covenants on Human rights"?

**4).Whether current federal hate crime law is still tolerated under the Federal Law in the United States? Whether 'the cultural bias of Hate crime'** of the Judge(s) resulted in a subjective interpretation or and "racial discrimination" of the conflict of interest that permitted an erroneous finding and adjudication of "Dismissed the all claims" with every Motion, and forced the Asian woman to peacefully submit to all sorts of indignities (include personal insult and deliberate humiliation)?

**5). Whether the** "crime of bending the law for self-seeding" **is tolerated under the Federal Law of the United States, and whoever intentionally goes against facts and laws in civil and administrative trials to render judgments that misuse the law?**

**6) Whether the Judges /Courts** (in New York) **should be has two kinds of eye however to this Asian litigant** *Pro Se* **Yi Sun** (disadvantaged ethnic minority) **and other all Attorneys two kinds of measure, this Asian Petitioner Yi Sun resembles "the child of stepmother" often undergo unfair treatment?**

**7) Whether the 'Adult Survivors Act'** (S.66A/a.648A) **creating a one-year lookback window for survivors of sexual assault that occurred when they were over the age of 18 to sue their abuses regardless of when the abuse occurred, but preclusion of the Asian survivor Yi Sun** (who was the rape victim of repeated sexual assault by the six NYPD cops and the medical specialist Tsai Chung Chao M.D. in the City of New York), **the main reason is these privileged rapists or and their attorney all are the friends to** the Judge Carmen Victoria St-George and her husband 'Norman St. George', who current as 'First Deputy Chief Administrative Judge' in New York State?

## CONCLUSION

Law was an order of peace founded on fairness. Everybody is equal before the law. Our Court mustn't wrong innocent people and palliative enemies. Anyhow, Rape (sexual assault) is a vile and loathsome crime. The privileged offenders (defendants) and their accomplices must not be allowed to exploit loopholes in existing law and thus escape responsibility for their actions. When making the Order/Decision/Judgment in a case, the Judge should respect the objectivity and accuracy of the facts and should protect the justice of judicature and judiciary authority. "If those who are sworn to uphold the law are themselves the lawbreakers, our society is in trouble."

That kind of complicity between venal judges and police officers naturally causes frustration in the ranks of the National Police. But Petitioner hope and believe that the U.S. government takes honesty and trust very seriously. No one is above the law.

**WHEREFORE**, the Petitioner respectfully request that the Federal Government and Highest Judiciary et al watch on all these Verified Statement and "Justice for Yi Sun"; and that I have such other and further relief as may be just and proper.

Respectfully submitted

Dated: December 9, 2024
    Washington D.C.

Yi Sun  *Yi Sun* (signature)
the Petitioner *Pro Se* : Yi Sun

Call: 212-810-0556
Email:sunyiculture@yahoo.com

December 9, 2024

From: Yi Sun
   Call: (212) 810-0556
   E-Mail: Sunyiculture@yahoo.com

To: Honorable Clerk, Clerk Office
   United States District Court, District of Columbia
   333 Constitution Avenue, N.W.
   Washington DC. 20001

## RE: Petitioner Yi Sun's Letter

**To: The Honorable Clerk,
   Clerk Office of the Court:** ss:

   Thank you for taking the time to read my letter with documents.
   This is I first time come to the Court to file the Verified Complaint-Petition with Motion(s). I respectfully request for your help in my difficult situation.
   Plaintiff *Pro Se* is currently 'Multiple Disabilities' and unemployed, and the only income is $150/Bi-weekly from NYS Workers' Compensation Board. In fact, I cannot to pay the Court fees, but I understood that "If the litigant file '**Motion for Leave to Proceed in Forma Pauperis**', the case will deny or dismiss by the Court." So, for the last few months, I tried my best to save the money to pay the filing fees.

   I have the utmost respect for all Judges in the Court. But I respectfully request that the case in which an 'agreement' was not reached will heard by the 'Senior U.S. District Judge' Hon. John D. Bates. I have declared that no conflict of interest exists. I heard Judge John D. Bates once served in the United States Army. I think that Judge Bates can understand "the action(s) with dignity of a former veteran". Respect for the dignity of life is the foundation of human rights. And I sincerely wish the Court can give me this final opportunity to provide/show factual evidence to support my claims.

   Before my work-related injuries, I once eagered to serve in U.S. Army or U.S. Navy after I passed the ASVAB tests (Armed Services Vocational Aptitude Battery).
   Although there are always remedies for a bad legal outcome, such as appeals and Motions to reargue/renew, etc., but these vehicles are not easily accessible to a 'Multiple Disabilities' Petitioner *Pro Se*. So, I prays that the Court grant my request, and that I have such other and further relief as may be just and proper.
   Respectfully submitted

Dated: December 09, 2024
   Washington DC

*Yi Sun*
Plaintiff-Petitioner *Pro Se*: Yi Sun

Call: 212-810-0556
Email:sunyiculture@yahoo.com